## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

DAVID A. MIKESCH, on behalf of
himself and all others similarly situated,

Plaintiff,

v.

U.S. Bancorp,

Defendant.

Case No. 0:26-cv-01999-NEB-JFD

## <u>DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and Local Rule 7.1, Defendant U.S. Bancorp hereby moves the Court for an Order dismissing Plaintiff's Complaint (ECF No. 1) with prejudice.

In support of this Motion, Defendant submits the accompanying Memorandum of Law and related exhibits.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Defendant respectfully requests the Court grant such Motion and dismiss the Complaint in its entirety and with prejudice.

Dated: June 8, 2026

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Melissa D.  Hill*
Melissa D.  Hill (pro hac vice)
Christopher Diffee (pro hac vice)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
212-309-6000
melissa.hill@morganlewis.com
christopher.diffee@morganlewis.com

Abbey M. Glenn (pro hac vice)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
202-739-5569
abbey.glenn@morganlewis.com

*Attorneys for U.S. Bancorp*